AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

Cynthia Robinson

JUDGMENT IN A CIVIL CASE

v.

Dr. Thysell, et al

CASE NUMBER: CV-07-3071-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Plaintiff's Motion to Voluntarily Dismiss Complaint (Ct. Rec. 18) is GRANTED. All other pending motions are denied as moot. Judgment is entered without prejudice and file closed.

| | |
|---|---|
| June 6, 2008 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Vikki Johnson |
| | *(By) Deputy Clerk* |
| | Vikki Johnson |